

FILED
CLERK U.S. DISTRICT COURT

JUL 25 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

William Quaniko White,

DEFENDANT(S).

CASE NUMBER

2:18-CR - 4UJ JAK.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _____defendant_____, IT IS ORDERED that a detention hearing is set for __7/27/18__, _____, at __11:15__ ☑a.m. / ☐p.m. before the Honorable __J. Chooljian__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: __7/25/18__            _____
                             U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**